[Civ. No. 2628. Fourth Appellate District.—March 27, 1941.]

SUN LIFE ASSURANCE COMPANY OF CANADA (a Corporation), Plaintiff, v. OCCIDENTAL PETROLEUM CORPORATION (a Corporation), Respondent; LEAL GARBETT, Appellant.

H. Sidney Laughlin for Appellant.

Overton, Lyman & Plumb, Cecil A. Borden and Kenyon F. Lee for Respondent.

MARKS, J.—Except for the insurance carrier and the amounts of the insurance policies involved, the facts of this case and the issues of law involved are identical with those in *New York Life Insurance Co.* v. *Occidental Petroleum Corp., ante,* p. 747 [111 Pac. (2d) 707].

Upon the authority of that case the judgment is affirmed.

Barnard, P. J., and Griffin, J., concurred.

Appellant's petition for a hearing by the Supreme Court was denied May 22, 1941. Shenk, J., and Edmonds, J., did not participate herein.

# REPORTS OF CASES

DETERMINED IN

# THE APPELLATE DEPARTMENTS OF THE SUPERIOR COURT

OF THE

# STATE OF CALIFORNIA.

## APPELLATE DEPARTMENT, LOS ANGELES SUPERIOR COURT.

HARTLEY SHAW..........................Presiding Judge
EDWARD T. BISHOP..............................Judge
B. REY SCHAUER................................Judge

## APPELLATE DEPARTMENT, SAN FRANCISCO SUPERIOR COURT.

FRANKLIN A. GRIFFIN................ ......Presiding Judge
THOMAS M. FOLEY...............................Judge
ROBERT L. MCWILLIAMS..........................Judge

## APPELLATE DEPARTMENT, SAN DIEGO SUPERIOR COURT.

CHARLES C. HAINES.....................Presiding Judge
L. N. TURRENTINE..............................Judge
ARTHUR L. MUNDO...............................Judge

# REPORTS OF CASES

DETERMINED IN

## THE APPELLATE DEPARTMENTS OF THE SUPERIOR COURT

OF THE

## STATE OF CALIFORNIA.